## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Carlton H. Schoumaker,                                           Case No.: 12-45341
                                                                         Chapter 7

                         Debtor.

_____

Erik A. Ahlgren, Trustee,

                         Plaintiff,

     vs.                                                                   Adv. Proc. No. 13-04274

Carlton H. Schoumaker

                         Defendant.

_____

## CERTIFICATE OF SERVICE

I, Lisa Ahlgren, declare that on September 19, 2013 she caused to be served the following documents in connection with the above-referenced matter:

1. Summons
2. Complaint

by sending true and correct copies using certified, return receipt requested U.S. Mail to:

Carlton H. Schoumaker
26890  62 St NE
Belgrade  MN  56312


Executed on: September 19, 2013                      Signed: /e/Lisa Ahlgren
                                                                                   Lisa Ahlgren
                                                                                   220 W. Washington Ave, Ste 105
                                                                                   Fergus Falls, MN  56537